UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES R. HERRICK, | CASE NO. 2:25-cv-00085-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| CITY OF BELLINGHAM, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff Charles R. Herrick's letter to the Clerk of Court dated August 4, 2025. Dkt. No. 10. In the letter Mr. Herrick states, "I am withdrawing this complaint from further consideration" by the U.S. District Court for the Western District of Washington. *Id.* at 1. In light of Mr. Herrick's pro se status, the Court construes this letter as a motion to voluntarily dismiss his complaint. For the reasons outlined below, the Court grants the motion and dismisses this case without prejudice.

A plaintiff may dismiss his case by filing a notice of dismissal any time "before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. P.

ORDER OF DISMISSAL - 1

41(a)(1)(A)(i). Defendants have not yet appeared, much less filed an answer or moved for summary judgment. Mr. Herrick is therefore entitled to dismiss this action, even without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A). The Court accordingly dismisses this matter without prejudice, discharges its earlier Order to Show Cause, Dkt. No. 9, and directs the Clerk to close the case.

Dated this 7th day of August, 2025.

Lauren King
United States District Judge